No. 73–1549.  SCAPPATONE *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 73–1552.  RURAL FOODS, INC., T/A SHOP & SAVE SUPER MARKETS *v.* UNITED STATES DEPARTMENT OF AGRICULTURE.  C. A. 4th Cir.  Certiorari denied.

No. 73–1553.  GREEN ET AL. *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 73–1557.  CASAMENTO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 73–1559.  FAIRVIEW NURSING HOME *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 5th Cir.  Certiorari denied.

No. 73–1561.  MARIHART ET AL. *v.* UNITED STATES. C. A. 8th Cir.  Certiorari denied.

No. 73–1574.  ARROYO *v.* UNITED STATES;
No. 73–6610.  PEREZ *v.* UNITED STATES;
No. 73–6913.  GONZALEZ *v.* UNITED STATES; and
No. 73–6986.  SANCHEZ *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  Reported below: 494 F. 2d 1316.

No. 73–1577.  DOLLOFF INDUSTRIES, INC. *v.* LAMBROS, U. S. DISTRICT JUDGE, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 73–1582.  CONTRACTING PLUMBERS COOPERATIVE RESTORATION CORP. *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 73–1588.  ANDERSON ET AL. *v.* UNITED STATES. Ct. Cl.  Certiorari denied.